**HANNI M. FAKHOURY**
California Bar No. 252629
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
Hanni_Fakhoury@fd.org

Attorneys for Defendant

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 08MJ2265 |
| Plaintiff, | |
| v. | **NOTICE OF ATTORNEY APPEARANCE** |
| DAVID GUTIERREZ-LOPEZ, | |
| Defendant. | |

Pursuant to implementation of the CM/ECF procedures in the Southern District of California , Hanni M. Fakhoury and Federal Defenders of San Diego, Inc. files this Notice of Appearance as lead counsel in the above-captioned case.

Respectfully submitted,

Dated: August 1, 2008      /s/ Hanni M. Fakhoury
                                              HANNI M. FAKHOURY
                                              Federal Defenders of San Diego, Inc.
                                              e-mail: Hanni_Fakhoury@fd.org
                                              Attorneys for Defendant

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

**U S Attorney CR**
Efile.dkt.gc2

DATED: August 1, 2008                    /s/ Hanni M. Fakhoury
                                         HANNI M. FAKHOURY
                                         e-mail: Hanni_Fakhoury@fd.org