AUG. 20. 2008 2:42PM US ATTORNEY (RECORDS) NO. 5886 P. 4/8
Case 3:08-cr-02705-WQH Document 7 Filed 08/21/2008 Page 1 of 1

③

AO 455(Rev 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
|---|---|
| v. | |
| DAVID GUTIERREZ-LOPEZ | CASE NUMBER: 08cr2705-WQH |

I, DAVID GUTIERREZ-LOPEZ, the above named defendant, who is accused of committing the following offense:

Title 18, U.S.C., Sec. 1001 - False Statement to a Federal Officer (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 8/21/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

David Gutierrez Lopez
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER



FILED
AUG 21 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY